UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**In the Matter of the Application
for a Search Warrant for
Computer servers at Yahoo!, Inc.,
an email provider,
headquartered at 701 First Avenue,
Sunnyvale, CA 94089**

**1:12-mj-40
UNDER SEAL - LEVEL I**

**MOTION TO CONTINUE SEAL OF THIS ENTIRE MATTER
LEVEL I, UNTIL OCTOBER 23, 2020, OR UNTIL FURTHER ORDER OF COURT**

The Court has previously ordered that the Application for Search Warrant, Search Warrant, this Motion to Seal, and all corresponding docket entries, in the above captioned case, continued to be sealed at Level I.

The government respectfully requests that this "entire matter" continue to be sealed at Level 1, until October 23, 2020, or until further Order of this Court, whichever comes first. In support the government asserts the following.

The criminal investigation in support of which this Search Warrant was sought is still ongoing and involves a target or targets whose whereabouts are unknown. Premature disclosure of the investigation could lead to the target(s) becoming aware of the investigation. If that were to happen, it is likely that evidence, much of which is believed to be stored electronically, and which is therefore volatile, would likely be destroyed or moved to locations beyond the reach of the investigation, thereby obstructing and seriously jeopardizing the investigation.

WHEREFORE, it is requested that this motion be granted and the "entire matter" referenced hereinabove be sealed, at Level 1, until October 23, 2020 (approximately 180 days), or until further Order of this Court, whichever comes first.

Dated: April 27, 2020

Respectfully submitted,

Scott W. Murray
U.S. Attorney

By:  /s/ Arnold H. Huftalen
Arnold H. Huftalen
Assistant U.S. Attorney